CHRISTINE O'NEAL, FORMERLY CHRISTINE O'NEAL WYNN v. JON B. WYNN

No. 505A83

(Filed 3 April 1984)

APPEAL of right by the plaintiff, pursuant to G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 64 N.C. App. 149, 306 S.E. 2d 822 (1983), which affirmed the judgment entered by the *Honorable Hallett S. Ward, Judge Presiding*, at a Special Civil Session of District Court, HYDE County. Judgment was entered on 13 May 1982. Heard in the Supreme Court 15 February 1984.

*Davis & Davis, by George Thomas Davis, Jr., for plaintiff-appellant.*

*Carter, Archie & Hassell, by Sid Hassell, Jr., for defendant-appellee.*

PER CURIAM.

The facts of this case are adequately stated in the majority opinion of the Court of Appeals. After a careful review of the briefs and oral arguments presented in this case, and the majority decision of the Court of Appeals, we have concluded that the rationale and supporting authorities cited in the majority decision constitute a correct statement of the law and a correct application

of the law to the facts of this case. Therefore, we agree with the result reached by the majority in the Court of Appeals.

The decision of the Court of Appeals is

Affirmed.